# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-1202V
### Filed: October 2, 2019
UNPUBLISHED

SHANNON DELEHANTY,

                              Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                              Respondent.

Special Processing Unit (SPU);
Damages Decision Based on Proffer;
Influenza (Flu) Vaccine; Radial Nerve
Injury

*Andrew Donald Downing, Van Cott & Talamante, PLLC, Phoenix, AZ, for petitioner.*
*Daniel Anthony Principato, U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

**Corcoran**, Chief Special Master:

On August 14, 2018, Shannon Delehanty ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she received an influenza ("flu") vaccine on October 13, 2017, and thereafter suffered radial motor neuropathy caused by the vaccination. Petition at 1-3. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 2, 2019, a ruling on entitlement was issued, finding petitioner entitled to compensation. On October 2, 2019, respondent filed a combined Rule 4(c) report

---

[1] The undersigned intends to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

and proffer on award of compensation ("Rule 4/Proffer") indicating petitioner should be awarded $76,610.69 ($75,000.00 in pain and suffering and $1,610.69 in unreimbursable expenses).  Rule 4/Proffer at 4.  In the Rule 4/Proffer, respondent represented that petitioner agrees with the proffered award.  *Id.*  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Rule 4/Proffer.

Pursuant to the terms stated in the Rule 4/Proffer, **the undersigned awards petitioner a lump sum payment of $<u>76,610.69</u>, ($75,000.00 in pain and suffering and $1,610.69 in unreimbursable expenses) in the form of a check payable to petitioner, <u>Shannon Delehanty</u>.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.